# Exhibit 5

# A GUIDE TO ECONOMETRICS

## SIXTH EDITION

**PETER KENNEDY**
Simon Fraser University

Blackwell Publishing

© 2008 by Peter Kennedy

BLACKWELL PUBLISHING
350 Main Street, Malden, MA 02148-5020, USA
9600 Garsington Road, Oxford OX4 2DQ, UK
550 Swanston Street, Carlton, Victoria 3053, Australia

The right of Peter Kennedy to be identified as the Author of this Work has been asserted in accordance with the UK Copyright, Designs, and Patents Act 1988.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, except as permitted by the UK Copyright, Designs and Patents Act 1988, without the prior permission of the publisher.

Designations used by companies to distinguish their products are often claimed as trademarks. All brand names and product names used in this book are trade names, service marks, trademarks, or registered trademarks of their respective owners. The publisher is not associated with any product or vendor mentioned in this book.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold on the understanding that the publisher is not engaged in rendering professional services. If professional advice or other expert assistance is required, the services of a competent professional should be sought.

First edition published 1979 by Martin Robertson and Company Ltd
Second and Third editions published by Blackwell Publishers Ltd
Fourth edition published 1998
Fifth edition published 2003
Sixth edition published 2008 by Blackwell Publishing Ltd

1 2008

*Library of Congress Cataloging-in-Publication Data*

Kennedy, Peter, 1943–
A guide to econometrics / Peter Kennedy. — 6th ed.
p. cm.
Includes bibliographical references and index.
ISBN 978-1-4051-8258-4 (hardcover : alk. paper) — ISBN 978-1-4051-8257-7 (pbk. : alk. paper)
1. Econometrics. I. Title.

HB139.K45 2008
330.01'5195—dc22
2007039113

A catalogue record for this title is available from the British Library.

Set in 10.5/12.5 pt Times
by Newgen Imaging Systems (P) Ltd, Chennai, India
Printed and bound in the United States of America
by Sheridan Books, Inc.

The publisher's policy is to use permanent paper from mills that operate a sustainable forestry policy, and which has been manufactured from pulp processed using acid-free and elementary chlorine-free practices. Furthermore, the publisher ensures that the text paper and cover board used have met acceptable environmental accreditation standards.

For further information on
Blackwell Publishing, visit our website:
www.blackwellpublishing.com

be interpreted as the probability that that individual will buy a car, given the values of the explanatory variables for that individual (i.e., that individual's characteristics). In Figure 16.1 the dots represent the sample observations; most of the high values of the explanatory variable $x$ correspond to a dependent dummy variable value of unity (implying that a car was bought), whereas most of the low values of $x$ correspond to a dependent dummy variable value of zero (implying that no car was bought). Notice that for extremely low values of $x$ the regression line yields a negative estimated probability of buying a car, while for extremely high values of $x$ the estimated probability is greater than 1. As should be clear from this diagram, $R^2$ is likely to be very low for this kind of regression, suggesting that $R^2$ should not be used as an estimation criterion in this context.

An obvious drawback to this approach is that it is quite possible, as illustrated in Figure 16.1, to have estimated probabilities outside the 0–1 range. This embarrassment could be avoided by converting estimated probabilities lying outside the 0–1 range to either 0 or 1 as appropriate. This defines the *linear probability model*. Although this model is often used because of its computational ease, many researchers feel uncomfortable with it because outcomes are sometimes predicted with certainty when it is quite possible that they may not occur.

What is needed is some means of squeezing the estimated probabilities inside the 0–1 interval without actually creating probability estimates of 0 or 1, as shown by the dashed line in Figure 16.1. Many possible functions of this nature are available, the two most popular being the cumulative normal function and the logistic function. Using the cumulative normal function for this purpose creates the *probit* model; using the logistic function creates the *logit* model. These two functions are very similar, and in today's software environment the choice between them is a matter of taste because both are so easy to estimate. Logit is more common, perhaps for historical reasons – its lower computational cost made it more common before modern software eliminated this advantage.

A novel feature of these models, relative to the traditional regression model, is that the role of the error term is hidden. In the traditional regression model we have $y = \alpha + \beta x + \varepsilon$, for example, but in the qualitative dependent variable models we have $\text{prob}(y = 1) = f(x)$, where $f$ represents some functional form, such as the cumulative normal or the logistic, with no error term $\varepsilon$ in evidence. But in fact there is a traditional error term playing a role in the background; recognizing this is a key to understanding this and related modeling procedures and to explaining why the estimated dependent variable can be interpreted as a probability of occurrence.

The thinking here follows the *random utility model*. The utility to a consumer of an alternative is specified as a linear function of the characteristics of the consumer plus an error term. So if there are four alternatives, there will be four random utilities for an individual, one associated with each alternative, each with its own error term. The probability that a particular consumer will choose a particular alternative is given by the probability that the utility of that alternative to that consumer is greater than the utility to that consumer of all other alternatives. This makes good sense to an economist: the consumer picks the alternative that maximizes her or his utility.