# Exhibit 6

FIFTH EDITION

# ECONOMETRIC ANALYSIS

**William H. Greene**

*New York University*

Prentice Hall

Upper Saddle River, New Jersey 07458

**Library of Congress Cataloging-in-Publication Data**

Greene, William H., 1951-
Econometric analysis / William H. Greene.—5th ed.
p. cm.
Includes bibliographical references and index.
ISBN 0-13-066189-9
1. Econometrics. I. Title.
HB139 .G74 2002
330'.01'5195–dc21

2002029308

**Executive Editor: Rod Banister**
**Editor-in-Chief: P. J. Boardman**
**Managing Editor: Gladys Soto**
**Assistant Editor: Marie McHale**
**Editorial Assistant: Lisa Amato**
**Media Project Manager: Victoria Anderson**
**Executive Marketing Manager: Kathleen McLellan**
**Marketing Assistant: Christopher Bath**
**Managing Editor (Production): Cynthia Regan**
**Production Editor: Michael Reynolds**
**Production Assistant: Dianne Falcone**
**Permissions Supervisor: Suzanne Grappi**
**Associate Director, Manufacturing: Vinnie Scelta**
**Cover Designer: Kiwi Design**
**Cover Photo: Anthony Bannister/Corbis**
**Composition: Interactive Composition Corporation**
**Printer/Binder: Courier/Westford**
**Cover Printer: Coral Graphics**

Credits and acknowledgments borrowed from other sources and reproduced, with permission, in this textbook appear on appropriate page within text.

**Copyright © 2003, 2000, 1997, 1993 by Pearson Education, Inc., Upper Saddle River, New Jersey, 07458.** All rights reserved. Printed in the United States of America. This publication is protected by Copyright and permission should be obtained from the publisher prior to any prohibited reproduction, storage in a retrieval system, or transmission in any form or by any means, electronic, mechanical, photocopying, recording, or likewise. For information regarding permission(s), write to: Rights and Permissions Department.

Pearson Education LTD.
Pearson Education Australia PTY, Limited
Pearson Education Singapore, Pte. Ltd
Pearson Education North Asia Ltd
Pearson Education, Canada, Ltd
Pearson Educación de Mexico, S.A. de C.V.
Pearson Education–Japan
Pearson Education Malaysia, Pte. Ltd

Prentice Hall

10 9 8
ISBN 0-13-066189-9

## 21.3 MODELS FOR BINARY CHOICE

Models for explaining a binary (0/1) dependent variable typically arise in two contexts. In many cases, the analyst is essentially interested in a regressionlike model of the sort considered in Chapters 2 to 9. With data on the variable of interest and a set of covariates, the analyst is interested in specifying a relationship between the former and the latter, more or less along the lines of the models we have already studied. The relationship between voting behavior and income is typical. In other cases, the **binary choice** model arises in the context of a model in which the nature of the observed data dictate the special treatment of a binary choice model. For example, in a model of the demand for tickets for sporting events, in which the variable of interest is number of tickets, it could happen that the observation consists only of whether the sports facility was filled to capacity (demand greater than or equal to capacity so $Y=1$) or not ($Y=0$). It will generally turn out that the models and techniques used in both cases are the same. Nonetheless, it is useful to examine both of them.

### 21.3.1 THE REGRESSION APPROACH

To focus ideas, consider the model of labor force participation suggested in Example 21.1.[1] The respondent either works or seeks work ($Y=1$) or does not ($Y=0$) in the period in which our survey is taken. We believe that a set of factors, such as age, marital status, education, and work history, gathered in a vector $\mathbf{x}$ explain the decision, so that

$$\begin{aligned}\text{Prob}(Y=1\,|\,\mathbf{x}) &= F(\mathbf{x}, \boldsymbol{\beta})\\ \text{Prob}(Y=0\,|\,\mathbf{x}) &= 1 - F(\mathbf{x}, \boldsymbol{\beta}).\end{aligned} \tag{21-2}$$

The set of parameters $\boldsymbol{\beta}$ reflects the impact of changes in $\mathbf{x}$ on the probability. For example, among the factors that might interest us is the marginal effect of marital status on the probability of labor force participation. The problem at this point is to devise a suitable model for the right-hand side of the equation.

One possibility is to retain the familiar linear regression,

$$F(\mathbf{x}, \boldsymbol{\beta}) = \mathbf{x}'\boldsymbol{\beta}.$$

Since $E[y\,|\,\mathbf{x}] = F(\mathbf{x}, \boldsymbol{\beta})$, we can construct the regression model,

$$y = E[y\,|\,\mathbf{x}] + \big(y - E[y\,|\,\mathbf{x}]\big) = \mathbf{x}'\boldsymbol{\beta} + \varepsilon. \tag{21-3}$$

The **linear probability model** has a number of shortcomings. A minor complication arises because $\varepsilon$ is heteroscedastic in a way that depends on $\boldsymbol{\beta}$. Since $\mathbf{x}'\boldsymbol{\beta} + \varepsilon$ must equal 0 or 1, $\varepsilon$ equals either $-\mathbf{x}'\boldsymbol{\beta}$ or $1-\mathbf{x}'\boldsymbol{\beta}$, with probabilities $1-F$ and $F$, respectively. Thus, you can easily show that

$$\text{Var}[\varepsilon\,|\,\mathbf{x}] = \mathbf{x}'\boldsymbol{\beta}(1 - \mathbf{x}'\boldsymbol{\beta}). \tag{21-4}$$

We could manage this complication with an FGLS estimator in the fashion of Chapter 11. A more serious flaw is that without some ad hoc tinkering with the disturbances, we cannot be assured that the predictions from this model will truly look like probabilities.

[1]Models for qualitative dependent variables can now be found in most disciplines in economics. A frequent use is in labor economics in the analysis of microlevel data sets.




**FIGURE 21.1** Model for a Probability.

We cannot constrain $\mathbf{x}'\boldsymbol{\beta}$ to the 0–1 interval. Such a model produces both nonsense probabilities and negative variances. For these reasons, the linear model is becoming less frequently used except as a basis for comparison to some other more appropriate models.[2]

Our requirement, then, is a model that will produce predictions consistent with the underlying theory in (21-1). For a given regressor vector, we would expect

$$\begin{aligned} \lim_{\mathbf{x}'\boldsymbol{\beta}\to+\infty} \text{Prob}(Y=1\,|\,\mathbf{x}) &= 1 \\ \lim_{\mathbf{x}'\boldsymbol{\beta}\to-\infty} \text{Prob}(Y=1\,|\,\mathbf{x}) &= 0. \end{aligned} \tag{21-5}$$

See Figure 21.1. In principle, any proper, continuous probability distribution defined over the real line will suffice. The normal distribution has been used in many analyses, giving rise to the **probit** model,

$$\text{Prob}(Y=1\,|\,\mathbf{x}) = \int_{-\infty}^{\mathbf{x}'\boldsymbol{\beta}} \phi(t)\,dt = \Phi(\mathbf{x}'\boldsymbol{\beta}). \tag{21-6}$$

The function $\Phi(.)$ is a commonly used notation for the standard normal distribution.

[2]The linear model is not beyond redemption. Aldrich and Nelson (1984) analyze the properties of the model at length. Judge et al. (1985) and Fomby, Hill, and Johnson (1984) give interesting discussions of the ways we may modify the model to force internal consistency. But the fixes are sample dependent, and the resulting estimator, such as it is, may have no known sampling properties. Additional discussion of weighted least squares appears in Amemiya (1977) and Mullahy (1990). Finally, its shortcomings notwithstanding, the linear probability model is applied by Caudill (1988), Heckman and MaCurdy (1985), and Heckman and Snyder (1997).